1  John A. Klecan, #019159
2  Brian E. Cieniawski, #013185
   RENAUD COOK DRURY MESAROS, PA
3  One North Central, Suite 900
   Phoenix, Arizona 85004-4417
4  Telephone: (602) 307-9900
   Facsimile:  (602) 307-5853

5  E-mail:   docket@rcdmlaw.com
               jklecan@rcdmlaw.com
6               bcieniawski@rcdmlaw.com

7  *Attorneys for Defendants Bomag Americas, Inc.,*
    *Bomag Americas Disc, Inc., Bomag Finance*
8   *Corporation, and Bomag Holding, Inc.*

9              **UNITED STATES DISTRICT COURT**

10               **DISTRICT OF ARIZONA**

11  Stephen Jones and Jane Doe Spouse,         No. _____
    husband and wife,
12
                        Plaintiffs,
13                                             **NOTICE OF REMOVAL**
    v.
14
    Titan Machinery, Inc., a Delaware
15  corporation, Bomag Americas, Inc., a
    Delaware corporation; Bomag Americas
16  Disc, Inc., a Delaware corporation; Bomag
    Finance Corporation, a Delaware
17  corporation; Bomag Holding, Inc., a
    Delaware corporation; and Does I-X, ABC
18  Partnerships I-X, and XYZ Corporations I-X,

19                      Defendants.

20          Named Defendants Bomag Americas, Inc., Bomag Americas Disc, Inc., Bomag Finance

21  Corporation, and Bomag Holding, Inc. ("Defendants Bomag"), pursuant to 28 U.S.C. §§ 1333,

22  1441, and 1446, remove to this Court an action pending in Arizona State Court, Maricopa

23  County Case No. CV 2020-010265, for the reasons set forth below:

24          1.      Defendants Bomag are named as defendants in a civil action filed in the Arizona

25  State Court, Maricopa County Superior Court Case No. CV 2020-010265.

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1)                        1287-0085

                                                          4135244

2.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) within thirty (30) days of asserted service of Plaintiffs' summons and complaint on Defendants Bomag.

3.      Defendant Titan Machinery, Inc., through its counsel of record, has consented to removal of this case to federal court.

4.      In compliance with 28 U.S.C. § 1446(a) and LRCiv. 3.6(b), copies of all of the pleadings (as defined by Federal Rule of Civil Procedure 7), and Orders to date in the state court matter are attached hereto as **Exhibit A**.

5.      A verification of counsel undersigned is attached hereto as **Exhibit B**, which confirms that true and complete copies of all process, pleadings, and other documents filed in the state court, as well as any court orders, are attached hereto.

6.      A copy of this Notice of Removal will be filed with the Clerk of the Court for the Superior Court of Arizona, Maricopa County, as required by 28 U.S.C. § 1446(d).

7.      The United States District Court for the District of Arizona is the federal district court having jurisdiction over the place where the state court action is pending pursuant to 28 U.S.C. § 90(a)(2).

8.      Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

9.      Defendants Bomag, the removing parties, will promptly give Plaintiffs and Defendant Titan Machinery, Inc. written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d).

10.     Defendants Bomag have not yet answered or otherwise responded to the Complaint.

11.     Removal is proper in this case pursuant to 28 U.S.C. § 1332(a)(1).  Plaintiffs are citizens of the State of Arizona and Plaintiffs' state of domicile is Arizona.  Defendant Bomag Americas, Inc. is a corporation incorporated in the State of Delaware with its principal place of business in South Carolina.  "Defendant Bomag Americas Disc, Inc.," "Defendant Bomag Finance Corporation," and "Defendant Bomag Holding, Inc." do not exist as entities and are

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2)                                          1287-0085

4135244

1   not properly named as defendants in this case.  Defendant Titan Machinery, Inc. is a

2   corporation incorporated in the State of Delaware with its principal place of business in North

3   Dakota.  This controversy is, therefore, one between citizens of different states pursuant to 28

4   U.S.C. § 1332(c)(1).

5         12.   The amount in controversy in this case exceeds $75,000, exclusive of interest

6   and costs, pursuant to 28 U.S.C. § 1332(a).

7         13.   Nothing in Defendants Bomag's Notice of Removal shall be interpreted as a

8   waiver or relinquishment of any respective rights to assert any defense or affirmative matter,

9   including without limitation, failure to state a claim upon which relief may be granted; failure

10  to join indispensable parties; to compel arbitration; insufficient service of process; or any other

11  pertinent defense available under any state or federal statutes or regulations, the common law,

12  or otherwise.

13        WHEREFORE, Defendants Bomag submit this Notice of Removal be filed and request

14  this action be removed to proceed in this Court and that no further proceedings be had in the

15  Superior Court of Arizona, Maricopa County.  Defendants Bomag will file a copy of the Notice

16  of Removal with the Clerk of the Court for the Superior Court of Arizona, Maricopa County,

17  for Case No. CV 2020-010265.

18             DATED this 2nd day of October, 2020.

19                RENAUD COOK DRURY MESAROS, PA

20

              By */s/ Brian E. Cieniawski*

21                  John A. Klecan

                Brian E. Cieniawski

22                  Attorneys for Defendants Bomag Americas,

23                   Inc., Bomag Americas Disc, Inc., Bomag

                 Finance  Corporation, and Bomag Holding, Inc.

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3)                                    1287-0085

4135244

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2020 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the CM/ECF registrants.

Steven E. Weinberger
Michael E. Medina
Dwayne Burns
Davis Miles McGuire Gardner
40 East Rio Salado Parkway, Suite 425
Tempe, AZ  85281
Attorney for Plaintiffs

Steven Harrison
Buntrock Harrison & Gardner Law, PLLC
2158 N. Gilbert Road, Suite 119
Mesa, Arizona 85203
Attorneys for Defendant Titan Machinery, Inc.

*/s/ L. Chiappetta*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4)                                        1287-0085

4135244